# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAX REED, II,
    Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
RENEE BAKER, WARDEN;
EMPLOYEE "ISBAH"; AND MS. WEISS,
    Respondents.

No. 74919

**FILED**

JUN 2 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order reversing and remanding an order of the justice court and imposing sanctions against appellant. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

Our review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule appears to permit an appeal from a district court order resolving an appeal from justice court and imposing sanctions. *See Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); Nev. Const. art. 6, § 6 (district courts "have final appellate jurisdiction in cases arising in Justices Courts . . ."); *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969) (A district court order

resolving an appeal from justice court is not appealable). Accordingly, it appears that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Gary Fairman, District Judge
      Max Reed, II
      Attorney General/Carson City
      Attorney General/Ely
      White Pine County Clerk